UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FENG WANG**, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 18-cv-1732 (TSC) |
| **MICHAEL R. POMPEO,** *et al.*, | ) |
| Defendants. | ) |

## ORDER

Before the court are Plaintiffs' Motion for Class Certification (ECF No. 6); Invest in the USA's Motion for Leave to File Brief of *Amicus Curiae* (ECF No. 22); and Defendants' Motion to Stay Defendants' Obligation to Answer Complaint (ECF No. 23). Having considered all relevant submissions, the court hereby orders the following:

1. The parties shall, by October 15, 2018 at 5:00 p.m., either A) submit a Proposed Order for Provisional Class Certification for the sole purpose of resolving Plaintiffs' Motion for Preliminary Injunction and any timely filed Motion to Dismiss or Motion for Summary Judgment (ECF Nos. 6, 10, 11); or B) indicate that the parties wish to rely on the Proposed Order (ECF No. 10-1) in Defendants' Response to Plaintiffs' Motion for Class Certification.

2. Invest in the USA's Motion for Leave to File Brief of *Amicus Curiae* (ECF No. 22) is **GRANTED**.

3. Defendants shall file a response, if any, to Invest in the USA's *amicus* brief by October 26, 2018 at 5:00 p.m.  The response shall be no more than ten pages and shall address only new arguments raised in Invest in the USA's brief.

4. There shall be no further briefing regarding Invest in the USA's *amicus* brief or Plaintiffs' Motion for Preliminary Injunction, absent leave of the court.

5. Defendants' Motion to Stay their Obligation to Answer Complaint (ECF No. 23) is **GRANTED IN PART**.  Defendants shall file their response to the Complaint within 14 days of the court's decision on Plaintiffs' Motion for Preliminary Injunction, absent further order of the court.

Date:  October 10, 2018

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge