UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FENG WANG**, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 18-cv-1732 (TSC) |
| **MICHAEL R. POMPEO,** *et al.*, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## ORDER

Consistent with the accompanying Memorandum Opinion (ECF No. 46), Defendants' Motion to Dismiss (ECF No. 41) is GRANTED. The complaint is dismissed with prejudice.

Date: March 25, 2020

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge